IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JESSE ORTIZ,**

      **Plaintiff,**

**v.**                                                                                  **CIV 11-0951 KG/KBM**

**MARTIN BENAVIDEZ, ET AL.,**

      **Defendants.**

## AMENDED ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. " 636(b)(1)(A) and Rule 72(a) of the Federal Rules of Civil Procedure, Chief Magistrate Judge Karen B. Molzen is hereby designated to hear and determine Defendant Chavez's Motion to Dismiss (Doc. 21) and Defendants Benavidez, Chavez & Woodard's Motion to Dismiss or for Summary Judgment (Doc. 23). *See Franke v. ARUP Labs., Inc.*, 390 F. App'x 822, 282-29 (10th Cir. 2010); *see also Reeves v. DSI Sec. Servs., Inc.*, 395 F. App'x. 544, 548 (11th Cir. 2010); *Fielding v. Tollaksen*, 510 F.3d 175, 178 (2d Cir. 2007); *Anderson v. Woodcreek Venture, Ltd.*, 351 F.3d 911, 917 (9th Cir. 2003).

DATED this 27th day of January, 2014.

_____
**UNITED STATES DISTRICT JUDGE**