UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSE ORTIZ,

    Plaintiff,

vs.                                             Civ. No. 11-951 KG/SCY

OFFICER MARTIN BENAVIDEZ,
OFFICER BRENT WOODARD, JOHN
DOE VCDC BOOKING OFFICER OR EMPLOEE,
WARDEN JOE CHAVEZ, and FORMER CHIEF OF
POLICE MIKE CHAVEZ,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion for Dismissal With Prejudice, and the Court having reviewed the pleadings and being otherwise fully informed in the premises finds that such motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims made or which could have been made by Plaintiff against Defendants are hereby dismissed with prejudice, each party to bear its own costs and fees.

                                                                           UNITED STATES DISTRICT JUDGE

Submitted by:

LAW OFFICE OF J.B. JACKS

By: */s/* Jack B. Jacks    Approved telephonically December 28, 2017
    Jack B. Jacks
    1000 Second St. NW
    Albuquerque, NM 87102
    *Attorneys for Plaintiff*


MODRALL, SPERLING, ROEHL, HARRIS
  & SISK, P.A.

By: */s/ Jennifer A. Noya*
    Jennifer A. Noya
    500 Fourth Street NW, Suite 1000 (87102)
    P.O. Box 2168
    Albuquerque, New Mexico 87103-2168
    *Attorneys for City of Belen Defendants*

By: */s/* Brandon Huss    Approved telephonically December 28, 2107
    Brandon Huss
    New Mexico Association of Counties
    111 Lomas Blvd NW Suite 424
    Albuquerque NM 87102
    *Attorneys for Warden Chavez*